**Troy Anthony JOHNSON,
Petitioner–Appellant,**

v.

**Ronald J. ANGELONE, Respondent–
Appellee.**

No. 02–6050.

United States Court of Appeals,
Fourth Circuit.

Submitted April 18, 2002.

Decided April 26, 2002.

Troy Anthony Johnson, Appellant Pro Se. Hazel Elizabeth Shaffer, Assistant Attorney General, Richmond, Virginia, for Appellee.

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Troy Anthony Johnson appeals the district court's order denying his Fed. R.Civ.P. 59 motion for reconsideration of its order dismissing his 28 U.S.C.A. § 2254

(West 1994 & Supp.2001) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Johnson v. Angelone*, No. CA–01–54 (E.D.Va. Dec. 11, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*